NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAURA E. STEELE,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE INTERIOR,**
*Respondent.*

---

2014-3064

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-12-0665-I-1.

---

**JUDGMENT**

---

JOHN V. BERRY, Berry & Berry, PLLC, of Reston, Virginia, argued for petitioner.

JANE W. VANNEMAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were STUART F. DELERY, Assistant Attorney General, ROBERT E. KIRSCHMAN, Director and FRANKLIN E. WHITE, Assistant Director; and KAREN D. GLASGOW, Department of the Interior, Office of the Solicitor, of San Francisco, California.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 January 12, 2015         /s/  Daniel  E.  O'Toole
Date                Daniel E. O'Toole
Clerk of Court